IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00425-AP

TAMMI L. CHAMPLIN,

          Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

          Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Gail C. Harriss
    GAIL C. HARRISS, LLC
    450 S. Camino del Rio, Suite 201
    Durango, CO 81301
    Telephone:  (970) 247-4411
    Fax: (970) 247-1482
    gharriss@harrisslaw.com

    For Defendant:

    JOHN F. WALSH
    United States Attorney

    WILLIAM G. PHARO
    Assistant United States Attorney
    District of Colorado

        MICHAEL HOWARD
        Office of General Counsel
        Social Security Administration
        1001 17th Street
        Denver, CO 80202
        (303) 844-7192
        (303) 844-0194 (facsimile)
        michael.howard@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:**　　　　　　　　　　　February 17, 2012

    **B. Date Complaint Was Served on U.S. Attorney's Office:**　　March 23, 2012

    **C. Date Answer and Administrative Record Were Filed:**　　May 16, 2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** To the best of her knowledge the Record is complete.
    **Defendant states:** To the best of his knowledge, the Record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

    **Plaintiff states:** None anticipated
    **Defendant states:** None anticipated.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:**          July 16, 2012

    **B. Defendant's Response Brief Due:**          August 15, 2012

    **C. Plaintiff's Reply Brief (If Any) Due:**          August 30, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is not requested.

    **B. Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, A

*PRO SE* PARTY MUST FILE A COPY OF A NOTICE OF CHANGE OF HIS OR HER ADDRESS OR TELEPHONE NUMBER WITH THE CLERK FO THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 5th day of June, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:
s/ **Gail C. Harriss**
Gail C. Harriss
GAIL C. HARRISS, LLC
450 S. Camino del Rio, Suite 201
Durango, CO 81301
Telephone: (970) 247-4411
Fax: (970) 247-1482
gharriss@harrisslaw.com

Attorney for Plaintiff

For Defendant:
John F. Walsh
United States Attorney

William G. Pharo
Assistant United States Attorney
District of Colorado

Michael Howard
Office of General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7192
(303) 844-0194 (facsimile)
michael.howard@ssa.gov

Attorneys for Defendant